UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

UNITED STATES OF AMERICA )
)
) CR. N. 07-491-GEB
v. )
)
)

**APR 2 8 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DAVID WEHDE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(**X**) Ad Prosequendum          () Ad Testificandum

Name of Detainee: **David Wehde**
Detained at (custodian): **Deuel Vocational Institution (DVI), Tracy, CA**

| Detainee is: | | a.) | (**X**) charged in this district by:  (**X**) Indictment ()Information  () Complaint charging detainee with: **18 U.S.C. §§ 2251 and 2252** |
| | or | b.) | () a witness not otherwise available by ordinary process of the Court |

| Detainee will: | | a.) | () return to the custody of detaining facility upon termination of proceedings |
| | or | b.) | (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California before the duty United States Magistrate Judge for arraignment.*

Signature:                     /s/ Laurel D. White, AUSA
Printed Name & Phone No:       Laurel D. White, 916-554-2780
Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH for appearance before the duty United States Magistrate Judge for arraignment , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  April 28, 2010

_____
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):        David Wehde                        Male **XX** Female
Booking or CDC #:              AC5621                             DOB: 12/29/85
Facility Address:              23500 Kasson Road, Tracy CA        Race:
                                                                  FBI #:

Facility Phone:                209-835-4141
Currently Incarcerated For:    _____

## RETURN OF SERVICE

Executed on  _____        By:  _____
                                              (Signature)