DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID WEHDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-491 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
|  | ) |
| DAVID WEHDE, | ) |
|  | ) Date: June 18, 2010 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, DAVID WEHDE, through their respective attorneys, that the status conference scheduled for June 18, 2010, may be continued to July 23, 2010, at 9:00 a.m.

   Defense counsel seeks additional time for investigation and defense preparation. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of

/ / /

/ / /

1  this order through the status conference on July 23, 2010, pursuant to 18
2  U.S.C. § 3161(h)(7)(A) and (B)(iv).
3                                            Respectfully submitted,
4                                            DANIEL J. BRODERICK
                                              Federal Defender
5
6  Dated:  June 16, 2010              /s/ T. Zindel
                                              TIMOTHY ZINDEL
7                                            Assistant Federal Defender
                                              Attorney for DAVID WEHDE
8
9                                            BENJAMIN B. WAGNER
                                              United States Attorney
10
11 Dated:  June 16, 2010              /s/ T. Zindel for L. White
                                              LAUREL DEFOE WHITE
12                                           Assistant U.S. Attorney
13
14                              **O R D E R**
15     The status conference is continued to July 23, 2010, at 9:00 a.m.
16 Time under the Speedy Trial Act is excluded through that date for the
17 reasons stated above and by agreement of the parties, the Court finding
18 that the ends of justice to be served by a continuance outweigh the best
19 interests of the defendant and the public in a speedy trial.
20     IT IS SO ORDERED.
21 Dated:  June 16, 2010
22
23                                     _____
                                        GARLAND E. BURRELL, JR.
24                                     United States District Judge

Stip. & Order                          2