DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID WEHDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-491 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| DAVID WEHDE, | ) | |
| | ) | Date:  July 23, 2010 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, DAVID WEHDE, through their respective attorneys, that the status conference scheduled for July 23, 2010, may be continued to August 13, 2010, at 9:00 a.m.

Counsel for the parties are scheduled to meet next week to review their guidelines calculations, the parties having agreed to resolve the case by plea agreement.  Time is needed to finalize terms of the plea agreement and restitution issues.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be

1  excluded from the date of this order through the status conference on
2  August 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  July 21, 2010          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for DAVID WEHDE


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  July 21, 2010          /s/ T. Zindel for L. White
                               LAUREL D. WHITE
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 13, 2010, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  July 21, 2010

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge

Stip. & Order                          2