BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Executive Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00491-GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| DAVID WEHDE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant David Wehde it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant David Wehde's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (1) Two CPUs and 500 gb hard drives, no make or model, seized on August 16, 2007;

    (2) Toshiba laptop; and

    (3) Samsung wireless phone, SGH I607.

2.  The above-listed property was used or intended to be

1  used to commit or to promote the commission of violations of 18
2  U.S.C. §§ 2251(a) and 2252(a)(2).
3       3.  Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the
6  United States, in its secure custody and control.
7       4.   a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21
8  U.S.C. § 853(n), and Local Rule 171, the United States shall
9  publish notice of the order of forfeiture.  Notice of this Order
10 and notice of the Attorney General's (or a designee's) intent to
11 dispose of the property in such manner as the Attorney General
12 may direct shall be posted for at least 30 consecutive days on
13 the official internet government forfeiture site
14 www.forfeiture.gov.  The United States may also, to the extent
15 practicable, provide direct written notice to any person known to
16 have alleged an interest in the property that is the subject of
17 the order of forfeiture as a substitute for published notice as
18 to those persons so notified.
19         b.  This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.
26      5.  If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final
28 Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all

interests will be addressed.

SO ORDERED.

Dated:   September 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge