1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-CR-00491-GEB |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| DAVID WEHDE, | ) | |
| Defendant. | ) | |

WHEREAS, on or about September 17, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant David Wehde forfeiting to the United States the following property:

(a) Two CPUs and 500 gb hard drives, no make or model, seized on August 16, 2007;

(b) Toshiba laptop; and

(c) Samsung wireless phone, SGH I607.

AND WHEREAS, beginning on September 18, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

1 forfeiture site www.forfeiture.gov.  Said published notice
2 advised all third parties of their right to petition the Court
3 within sixty (60) days from the first day of publication of the
4 notice for a hearing to adjudicate the validity of their alleged
5 legal interest in the forfeited property;

6      AND WHEREAS, the Court has been advised that no third party
7 has filed a claim to the subject property, and the time for any
8 person or entity to file a claim has expired.

9      Accordingly, it is hereby ORDERED and ADJUDGED:

10     1.  A Final Order of Forfeiture shall be entered forfeiting
11 to the United States of America all right, title, and interest in
12 the above-listed property pursuant to 18 U.S.C. § 2253, to be
13 disposed of according to law, including all right, title, and
14 interest of David Wehde.

15     2.  All right, title, and interest in the above-listed
16 property shall vest solely in the name of the United States of
17 America.

18     3.  The U.S. Marshals Service shall maintain custody of and
19 control over the subject property until it is disposed of
20 according to law.

21 Dated:   January 3, 2011

23                            _____
                              GARLAND E. BURRELL, JR.
24                            United States District Judge